UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation<br><br>This Document Relates To: Cases Listed in Exhibit A | 22md3043 (DLC) |

## Response to the Order to Show Cause, Dkt. 1394

Plaintiffs listed on Exhibit A respond to the Court's January 16, 2024 Order to Show Cause, Dkt. 1394. Plaintiffs submitted admissible general causation evidence in the form of expert opinions by Drs. Andrea Baccarrelli, Robert Cabrera, Brandon Pearson, Eric Hollander, and Stan Louie. *See generally* Dkt. 1233, 1236, 1238, 1239, 1245. On December 18, 2023, the Court excluded the testimony of all five of Plaintiffs' general causation experts. Dkt. 1381 ("December 18 Order").

Plaintiffs respectfully disagree with the December 18 Order, and reiterate that disagreement to avoid any claim that they acquiesced to summary judgment or waived any arguments on appeal. Nevertheless, if the Court is unwilling to change its ruling, Plaintiffs concede that a final judgment under Rule 56 should be granted in their respective cases, with a separate entry of judgment promptly entered pursuant to Rule 58.

Dated: January 29, 2025

Respectfully submitted,

/s/ Jeffrey S. Grand
Jeffrey S. Grand
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
jgrand@seegerweiss.com
Attorney for Plaintiff(s)

# Exhibit A

| Case Name | Docket Number |
|---|---|
| *Andre Jones v. Johnson & Johnson Consumer Inc.* | 1:24-cv-09681 |
| *Cody Thompson vs. Johnson & Johnson Consumer Inc., et al.* | 1:24-cv-09683 |
| *Shana Axthelm, et al. v. Johnson & Johnson Consumer Inc.* | 1:24-cv-9702 |
| *Justin Troast v. Johnson & Johnson Consumer, Inc. et al.* | 1:24-cv-9705 |
| *Megan Kail v. Johnson & Johnson Consumer, Inc.* | 1:24-cv-09706 |
| *Leah Hall, et al. v. Johnson & Johnson Consumer Inc.*, et al. | 1:24-cv-9707 |
| *Jordan Lee v. Johnson & Johnson Consumer, Inc. et al.* | 1:24-cv-9708 |
| *Kellyann Tommell, R.T. et al. v. Johnson & Johnson Consumer Inc.* | 11:24-cv-9817 |
| *Jennifer Fennig, et al. v. Johnson & Johnson Consumer Inc., et al.* | 1:24-cv-10012 |